# MEMO ENDORSED

MEMO ENDORSED

THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The Trump Building
40 Wall Street, 28th Floor
New York, New York 10005

646.512.5806 Main
646.839.2682 Fax
www.cdecastrolaw.com

November 12, 2013

*Via* Fax and ECF



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
NOV 12 2013
UNITED STATES COURT JUDGE

The Honorable Naomi Reice Buchwald
United State District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2013

   Re:   *United States v. Rosenberg*, 13 Cr. 309 (NRB)

## MEMO ENDORSED

Dear Judge Buchwald:

I represent Mr. Rosenberg in the above-referenced matter. Mr. Rosenberg is scheduled for sentencing before your honor on November 26, 2013. Mr. Rosenberg's sentencing submission is due on November 13, 2013. I respectfully request that I be permitted to submit Mr. Rosenberg's sentencing memorandum two days later, on November 15, 2013. This short extension would not change the date of the government's submission date of November 19, 2013.

I have spoken to the government and it consents to this application. Thank you for your consideration.

Very truly yours,

/s/

César de Castro

cc:   Janis Echenberg
      Assistant United States Attorney (*via* email)

*[Handwritten endorsement: Application granted. So ordered. Buchwald, USDJ 11/12/13]*